**Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed March 12, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-17-00249-CV

**JUDITH KING, INDIVIDUALLY AND AS HEIR TO KENNETH KING, DECEASED, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE OWNERS OF ACCREDITED MORTGAGE LOAN TRUST 2004-4 ASSET BACKED NOTES BY ITS ATTORNEY-IN-FACT, SELECT PORTFOLIO SERVICING, INC., Appellee**

**On Appeal from the Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 402647-403**

## MEMORANDUM OPINION

This is an appeal from a judgment signed December 20, 2016. On June 8, 2017, this court abated this appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas,

under cause number 17-33478. *See* Tex. R. App. P. 8.2. Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed June 20, 2017. The parties failed to advise this court of the bankruptcy court action.

On January 23, 2020, this court issued an order stating that the appeal would be reinstated and dismissed for want of prosecution unless any party to the appeal filed a motion demonstrating good cause to retain this appeal by February 12, 2020. *See* Tex. R. App. P. 42.3(b). No response was filed.

Accordingly, we reinstate the appeal and dismiss it for want of prosecution.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.